AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>LEANDRO DE JESUS-REYNA<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   1:20-mj-00007<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 18, 2019__ in the county of __Bartholomew__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Vincent Ogden, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/06/2020

_____
*Judge's signature*

City and state: Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

I, Vincent Ogden, being duly sworn upon oath, state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("DHS/ICE"), Enforcement and Removal Operations. I have been employed by DHS/ICE since September 2011. I am currently assigned to the Fugitive Operations Team in Indianapolis, Indiana. I have more than 10 years of training and experience in the enforcement of the immigration and naturalization laws of the United States. As part of my duties as a Deportation Officer, I investigate criminal immigration violations including illegal reentry into the United States. Prior to joining DHS/ICE, I was employed as a Border Patrol Agent with the United States Border Patrol in El Centro, California from January 2009 until September 2011.

2. The following information is based upon my personal knowledge or information provided to me by other law enforcement personnel and DHS/ICE records pertaining to the defendant, Leandro DE JESUS-REYNA (hereinafter, "DE JESUS-REYNA"). This affidavit is submitted in support of a complaint and arrest warrant charging DE JESUS-REYNA with Illegal Re-Entry of a Previously Deported Alien, in violation of 8 U.S.C § 1326(a). It does not include every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

3. DE JESUS-REYNA is a citizen of Mexico by birth, having been born in Guerrero, Mexico.

4. On or about February 15, 2012, the United States Border Patrol ("USBP") encountered DE JESUS-REYNA near Three Points, Arizona. USBP determined DE JESUS-REYNA to be a native and citizen of Mexico who had entered the United States without inspection on an unknown date via an unknown location. USBP determined alienage and issued

DE JESUS-REYNA a Notice and Order of Expedited Removal (Form I-860), pursuant to § 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act ("Act").

5. On or about February 17, 2012, USBP removed DE JESUS-REYNA from the United States to Mexico, via Nogales, Arizona, in accordance with his removal order.

6. On or about September 25, 2018, USBP encountered DE JESUS-REYNA in Hidalgo, Texas, near the U.S. – Mexico international border. USBP determined DE JESUS-REYNA to be a native and citizen of Mexico who had entered the United States without inspection. USBP determined alienage and issued DE JESUS-REYNA a Notice of Intent/Decision to Reinstate Prior Order (Form I-871), pursuant to § 241(a)(5) of the Act.

7. On or about September 28, 2018, USBP removed DE JESUS-REYNA from the United States to Mexico, via Hidalgo, Texas, in accordance with his removal order.

8. On or about October 1, 2018, USBP encountered DE JESUS-REYNA in Los Ebanos, Texas, near the U.S. – Mexico international border. USBP determined DE JESUS-REYNA to be a native and citizen of Mexico who had entered the United States without inspection. USBP determined alienage and issued DE JESUS-REYNA a Notice of Intent/Decision to Reinstate Prior Order (Form I-871), pursuant to § 241(a)(5) of the Act.

9. On or about October 3, 2018, in the U.S. District Court, Southern District of Texas (McAllen Division), DE JESUS-REYNA pleaded guilty to Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1). He received a sentence of ten (10) days' imprisonment.

10. On October 11, 2018, USBP removed DE JESUS-REYNA from the United States to Mexico, via Hidalgo, Texas, in accordance with his removal order.

11. On or about December 18, 2019, Special Agent Chris Wright, with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), contacted me regarding suspected illegal

aliens who law enforcement officers had encountered during a traffic stop in Columbus, Indiana (within the Southern District of Indiana). Agent Wright provided ICE with a picture of a Mexican identification card, including photograph, bearing the name, Leandro DE JESUS-REYNA, with DOB: XX-XX-1993. A search of DHS law enforcement databases and indices positively identified the individual as DE JESUS-REYNA. DE JESUS-REYNA is currently under criminal investigation in Bartholomew County, Indiana, for dealing/possession of methamphetamine.

12. DE JESUS-REYNA has made no claim to U.S. citizenship or permanent residency, and he has not provided any valid immigration documentation that would permit his entry/residence/work authorization in the United States.

13. DHS/ICE maintains an indexing on all aliens identified by an alien registration number. This record is available to me and is file number A205 247 785 in the name of Leandro DE JESUS-REYNA, date of birth XX-XX-1993 (known to me but redacted).

14. DHS/ICE records indicate that DE JESUS-REYNA is a citizen of Mexico, and he has not obtained permission from the Attorney General or his successor, the Secretary of Homeland Security, to reapply for admission to the United States.

15. Based on the foregoing, there is probable cause to believe that on or about December 18, 2019, DE JESUS-REYNA violated 8 U.S.C. § 1326(a).

_____
Vincent Ogden
Deportation Officer

Subscribed and sworn to before me on this ___6___ day of January, 2020.

_____
Hon. Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana